UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:22-po-00257-DB |
| ) | |
| Plaintiff, ) | **ORDER TO DISMISS AND VACATE STATUS CONFERENCE** |
| ) | |
| v. ) | |
| ) | |
| FREDERICK M. SHEPHERD, ) | DATE: October 25, 2022 |
| ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Honorable Deborah Barnes |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:22-po-00257-DB without prejudice is **GRANTED**.

It is further ordered that the status conference scheduled on October 25, 2022, is **VACATED**.

IT IS SO ORDERED.

Dated: October 24, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE STATUS CONFERENCE           1           U.S. v. FREDERICK M. SHEPHERD